UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00429-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAMON MARTINEZ,
a/ka Edi Burciago-Orosco,

    Defendant.

## ORDER SETTING CONTINUED SENTENCING HEARING

THIS MATTER came before the Court for a sentencing hearing on December 5, 2005.

**IT IS ORDERED** that the sentencing hearing is continued to **February 27, 2006** at **10:45 a.m.**

Dated this 24th day of January, 2006

        **BY THE COURT:**

        *Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge