UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00429-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RAMON MARTINEZ,
a/ka Edi Burciago-Orosco,

        Defendant.

_____

### ORDER SCHEDULING SENTENCING HEARING
_____

The Sentencing Hearing is scheduled for **May 1, 2006 at 9:15 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

DATED this 2nd day of March 2006.

        **BY THE COURT:**

        *Marcia S. Krieger*
        _____

        Marcia S. Krieger
        United States District Judge