UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00429-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

RAMON MARTINEZ,
a/ka Edi Burciago-Orosco,

      Defendant.

---

# ORDER TO RESPOND

THIS MATTER comes before the Court on the Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence **(#187),** supporting memorandum **(#188),** and Motion **(#191)** seeking the return of property.

**IT IS ORDERED** that the Government shall respond to these motions by **March 28, 2008.**

Dated this 10th day of March, 2008

                                    **BY THE COURT:**

                                    */s/ Marcia S. Krieger*

                                    Marcia S. Krieger
                                    United States District Judge