UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00429-MSK

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1. RAMON MARTINEZ,
 a/ka Edi Burciago-Orosco,

  Defendant.

## ORDER SETTING DATE FOR RESPONSE TO MOTION

THIS MATTER comes before the Court on the Motion to Continue Hearing Date (Motion) filed August 25, 2008, **(#209)** by Defendant. The Motion contains no agreement between the parties, therefore, in order to provide adequate opportunity for response and for prompt determination,

**IT IS HEREBY ORDERED** that any response or objection to the Motion shall be filed with the Court no later than **September 8, 2008.** Objections and requests for hearing shall clearly specify the grounds upon which they are based, including citation of supporting legal authority, if any. In the absence of a timely objection, the Court may grant the above-described Motion.

  DATED this 29th day of August, 2008.

           **BY THE COURT:**

          *Marcia S. Krieger*
          _____

Marcia S. Krieger
United States District Judge