UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00429-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     RAMON MARTINEZ,
      a/k/a Edi Burciago-Orosco,

       Defendant.

---

### ORDER GRANTING MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

THIS MATTER having come before the Court on counsel's Motion for Writ of Habeas Corpus ad Prosequendum (Motion) **(#213)**, the Court having reviewed the file and being fully advised,

**DOES HEREBY ORDER** that the Motion is **GRANTED**. The United States Marshal shall:

1.     Bring Defendant to a detention facility in the Denver metropolitan area no later than February 21, 2009, so that he can meet with counsel and an interpreter; and

2.     Bring Defendant to Court for the hearing scheduled for February 23, 2009.

DATED this 27th day of October, 2008.

                                    BY THE COURT:

                                    *Marcia S. Krieger*
                                    _____

                                    Marcia S. Krieger
                                    United States District Judge