IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00455-MSK
Criminal Action No. 04-cr-00429-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAMON MARTINEZ,

    Defendant/Movant.

---

## ORDER DENYING CERTIFICATE OF APPEALABILITY

Krieger, Judge

Movant has filed a notice of appeal from this court's final order denying his motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct his sentence. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Movant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

**ORDERED** that a certificate of appealability will not be issued.

DATED at Denver, Colorado this 9th day of November, 2010.

                                          **BY THE COURT:**

                                          Marcia S. Krieger
                                          United States District Judge